**Order entered July 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00088-CV

**ROMULUS GROUP, INC., Appellant**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-15032**

## ORDER

We **GRANT** appellee's July 7, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **AUGUST 15, 2016**. No further extension will be granted absent extenuating circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE